IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JASON R. VILLEGAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 5:18-cv-00763-FB |
| § | |
| DIVERSIFIED CONSULTANTS, INC., § | |
| § | |
| Defendant. § | |

## ADVISORY TO THE CLERK BY DEFENDANT

In accordance with the Court's previous order requiring the submission of a notice regarding the election of proceeding before a United States Magistrate Judge;

Please be advised that the below named defendant(s) elect(s) **NOT** to conduct the trial in this case before a United States Magistrate Judge:

<u>Diversified Consultants, Inc.</u>　　　　　By: <u>/s/ Whitney L. White</u>
Defendant　　　　　　　　　　　　　　　　Whitney L. White
　　　　　　　　　　　　　　　　　　　　　TX Bar No. 24075269
　　　　　　　　　　　　　　　　　　　　　Sessions, Fishman, Nathan & Israel, LLC
　　　　　　　　　　　　　　　　　　　　　900 Jackson Street, Suite 440
　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75202
　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 741-3001
　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 741-3055
　　　　　　　　　　　　　　　　　　　　　Email: wwhite@sessions.legal

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas and served via CM/ECF upon the following:

Nathan C. Volheim
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 568-3056
Facsimile: (630) 575-8188
nvolheim@sulaimanlaw.com
thatz@sulaimanlaw.com

/s/ Whitney L. White
Whitney L. White